# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**04-154**
**consolidated with**
**04-152 &04-153**

ALLSTATE INSURANCE COMPANY

VERSUS

DAN GABUS D/B/A MARTIAL ARTS ACADEMY AND/OR BAYOU
CRANE PRODUCTIONS AND ABC INSURANCE COMPANY

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NUMBER 20025076
HONORABLE BYRON HEBERT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**BILLIE COLOMBARO WOODARD**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billie Colombaro
Woodard, and Marc T. Amy, Judges.

**REVERSED AND REMANDED.**

| | |
|---|---|
| Gregory J. McDonald | Henry Provosty |
| Bienvenu, Foster, Ryan & O'Bannon | Edgar D. Gankendorff |
| | Christophe B. Szapary |
| 1010 Common Street, Suite 2200 | Provosty, Salder, deLaunay, Fiorenza & Sobel |
| New Orleans, Louisiana 70112 | |
| (504) 310-1544 | 650 Poydras Street, Suite 2700 |
| COUNSEL FOR | New Orleans, Louisiana 70130 |
| PLAINTIFF/APPELLANT: | (504) 410-2795 |
| Assurance Company of America | COUNSEL FOR |
| | DEFENDANTS/APPELLEES: |
| | Dan Gabus d/b/a Martial Arts Academy and Bayou Crane Productions and Certain Underwriters at Lloyd's London |

Kraig Thomas Strenge
Post office Drawer 52292
Lafayette, Louisiana 70502-2292
(337) 261-9722
COUNSEL FOR
PLAINTIFF/APPELLEE:
    Styles Fashion Outlets, Inc.
    Lafayette Insurance Co.

William M. Blackston
Hoffman, Siegel, Seydel, et al.
2100 Poydras Center
New Orleans, Louisiana 70130
(504) 523-1385
COUNSEL FOR
PLAINTIFF/APPELLE:
    Allstate Insurance Co.

Robert L. Ellender
Voorhies & Labbe
Post Office Box 3527
Lafayette, Louisiana 70502-3527
(337) 232-9700
COUNSEL FOR
DEFENDANT/APPELLE:
    Domengeaux & Foreman
d/b/a La Promenade Mall, et al.

WOODARD, Judge.

For the reasons assigned this day in *Northern Ins. Co. of New York v. Dan Gabus*, et al., 04-153 (La.App. 3 Cir. __/__/04), ___So.2d ___, we reverse the trial court's dismissal of Assurance Company of America on an exception of prescription. We remand the matter for further proceedings and cast the costs of this appeal on Defendant/Appellee, Gabus and its insurers.

**REVERSED AND REMANDED.**